**Hiawatha HOEFT–ROSS; Monica**
**Hoeft–Ross, Plaintiffs–**
**Appellants,**

**v.**

**George BUMPUS; Smokey River**
**Enterprises Inc., Defendants–**
**Appellees.**

**No. 00–15072.**
**D.C. No. CV–98–00440–HDM/RAM.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001 [1].

Decided March 29, 2001.

Before LEAVY, THOMAS, and
RAWLINSON, Circuit Judges.

MEMORANDUM [2]

Hiawatha and Monica Hoeft–Ross appeal pro se from the district court's judg-

1.  The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

ment for defendants, following a bench trial, in their action brought pursuant to the Interstate Land Sales Full Disclosure Act, 15 U.S.C. §§ 1701–20. We have jurisdiction pursuant to 28 U.S.C. § 1291. Because the Hoeft–Ross' contentions on appeal require a review of the trial transcripts, and they failed to provide those transcripts after their motion for provision of transcripts at government expense was denied, we decline to address their contentions and dismiss their appeal. *See* Fed. R.App. P. 10(b)(2); *Syncom Capital Corp. v. Wade,* 924 F.2d 167, 169–70 (9th Cir. 1991) (per curiam).

DISMISSED.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.